## LEE ET AL. *v.* McKINLEY.

[No. 14,625.  Filed October 6, 1932.  Rehearing denied December 16, 1932.  Transfer denied March 29, 1933.]

*F.. A. Seal, Alvin Padgett,* and *Arthur Rogers,* for appellants.

*Charles G. Gardiner* and *Frank E. Gilkison,* for appellee.

PER CURIAM—This appeal from the judgment of the Daviess Circuit Court involves the same question and the controlling facts herein are the same as those disclosed in *Lester Lee et al.* v. *Ray Browning,* ante 282, heretofore decided by this court.

On authority of that case the judgment herein is reversed for the reason that the finding of the court is contrary to law and the Daviess Circuit Court is directed to enter judgment for this appellant.

## LEE ET AL. *v.* PRIDE.

[No. 14,626.  Filed October 6, 1932.  Rehearing denied December 16, 1932.  Transfer denied March 29, 1933.]

*F. A. Seal, Alvin Padgett* and *Arthur Rogers,* for appellants.

*Charles G. Gardiner* and *Frank E. Gilkison,* for appellee.

PER CURIAM—This appeal from the judgment of the Daviess Circuit Court involves the same question and the controlling facts herein are the same as those disclosed in *Lester Lee et al.* v. *Ray Browning,* ante 282, heretofore decided by this court.

On authority of that case the judgment herein is reversed for the reason that the finding of the court is contrary to law and the Daviess Circuit Court is directed to enter judgment for this appellant.

## ALGER *v.* ANDERSON BANKING COMPANY.

[No. 14,477.  Filed January 31, 1933.  Rehearing denied May 19, 1933.]